AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| Agent: | Wayne Williams | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Amilcar Ruben RAMOS-RAMIREZ | Case: 2:25−mj−30558<br>Assigned To : Unassigned<br>Assign. Date : 9/5/2025<br>Description: CMP USA V.<br>RAMOS−RAMIREZ (DJ) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 3, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

☑ Continued on the attached sheet.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 5, 2025__

*Judge's signature*

City and state: __Detroit, MI__    Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Amilcar Ruben RAMOS-RAMIREZ, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), Unlawful Re-entry Following Removal, has been committed by Amilcar Ruben RAMOS-RAMIREZ

4. Amilcar Ruben RAMOS-RAMIREZ is a twenty-seven-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about October 5, 2016, RAMOS-RAMIREZ was arrested by Border Patrol near Cowlic, Arizona after illegally entering the country. He was processed as an unaccompanied juvenile with a warrant of arrest/ notice to appear.  He was transferred to a ICE/ERO holding facility.

6. On or about October 10, 2016, RAMOS-RAMIREZ was arrested by an Immigration and Customs Enforcement officer near Tucson, Arizona. It was found that RAMOS-RAMIREZ falsified his birth date and was not a juvenile. He was processed as an Expedited Removal with credible fear. On or about November 14, 2016, RAMOS-RAMIREZ was given a final order of removal.

7.  On or about November 18, 2016, RAMOS-RAMIREZ was removed from the United States through Phoenix, Arizona.

8.  On or about September 1, 2022, RAMOS-RAMIREZ was arrested by Border Patrol agents near Marysville, Michigan. He was processed as an alien released. He was released on his own recognizance due to current enforcement guidelines.

9.  On or about August 8, 2023, RAMOS-RAMIREZ was arrested by Border Patrol Agents near Newport, Michigan. He was processed as a Reinstatement of Deport Order.  He was released due to the lack of bed space as per ICE/ERO.  He was told to report to Detroit ICE/ERO on August 16, 2023. RAMOS-RAMIREZ failed to appear as directed.

10. On or about September 3, 2025, RAMOS-RAMIREZ was arrested by Border Patrol Agents after a call for assistance from personnel working at Selfridge Air National Base.  RAMOS-RAMIREZ was encountered at the entrance of Selfridge Air National Air Base by Border Patrol and questioned about his citizenship. RAMOS-RAMIREZ acknowledged that he was illegally in the county. He was transported to Detroit Border Patrol Station and was processed as a Reinstatement of Deport Order and pending charges for a violation of 8 USC §1326, Unlawful Re-Entry Following Removal.

11. Amilcar Ruben RAMOS-RAMIREZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that RAMOS-RAMIREZ is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that RAMOS-RAMIREZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# xxx xxx 306) for Amilcar Ruben RAMOS-RAMIREZ and queries in Department of Homeland Security databases confirm no record exists RAMOS-RAMIREZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on November 18, 2016.

14. Based on the above information, I believe there is probable cause to conclude that Amilcar Ruben RAMOS-RAMIREZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Complainant's signature

Wayne Williams, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

September 5, 2025